UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

In re:                                                              Case No. 17-13763 EPK
    JODEE FOX                                          Chapter 7

_____Debtor_____/

### DEBTOR'S MOTION TO IMPOSE SANCTIONS AND FOR OTHER RELIEF AGAINST CREDITOR MITCHELL FOX FOR VIOLATION OF THE AUTOMATIC STAY

John E Mufson, the attorney for the debtor, Jodee Fox, files this Motion to Impose Sanctions and for Other relief against creditor Mitchell Fox for Violation of the Automatic Stay and states as follows:

1. That the debtor filed for Chapter 7 bankruptcy on March 29, 2017 in The Southern District of Florida.

2. This court has jurisdiction of this matter under 11 U.S.C. section 1334(b) and 28 U.S.C. section 157 and is a core proceeding.

3. The debtor was formerly married to Mitchell Fox and a Final Judgment of Dissolution of Marriage, dissolving their marriage was entered in 1999.

4. There are no existing or enforceable support obligations between the parties.

5. That the creditor Mitchell Fox (hereinafter known as Mr. Fox) filed a complaint against the debtor in Broward Circuit Court in Case# 15-006201 (09) seeking damages related to a property that was formerly occupied by the debtor and owned by Mr. Fox, which is pending before the Honorable Jeffrey Levenson of the Broward County Circuit Court.

6. The debtor maintains that the lawsuit is without merit and is a form of harassment by a former husband and has listed the claim of Mr Fox as disputed and unliquidated in form 106E/F.

7. That Mr Fox was proceeding on his Third amended complaint and neither a summary judgment or final judgment had been entered at the time of the filing of debtor's bankruptcy.

8. That Mr. Fox received notice of the filing of debtor's case prior to April 4,2017.(attached as exhibit A is a copy of Mr Fox's request for copies of filing documents)

9. That debtor's attorney filed a Notice of Unavailability with this court listing the dates between April 10 and 20 among other dates(CP 13)

10. On April 11,2017 Mr Fox filed a Notice of Status Conference in the state court action (a copy of which is attached hereto as Exhibit B).

11. In paragraph 5 of the notice Mr Fox stated:

"Plaintiff who previously practiced law for 21 years has filed in the Bankruptcy Court a Motion to Vacate the Automatic Stay."

12. In the pending action, the court docket as of April 14,2017 did not reflect the filing of any motions filed by Mr. Fox.

13. That in addition, Mr Fox on April 11,2017 filed a Motion for Summary Judgment in the state court action. (attached hereto as exhibit c)

14. Further, Mr Fox filed a Supplemental discovery request. (attached hereto as exhibit d)

15. The debtor maintains that Mr. Fox's actions in the state court action constitute willful violations of the automatic stay under 11 U.S.C. 362(a).

16. As Mr. Fox had actual knowledge of the debtor's Chapter 7 bankruptcy case, the filing of multiple court documents in the state court actions constitutes a violation of the stay. In Re: Govero, 439 B.R. 917(Bank S.D. Fla.2010),Randolph v IMBS, 368 F.3RD 726,728(7th Cir. 2004)

17. The debtor and her attorney maintain that Mr. Fox's actions are more than willful and in

fact intended to "Fast Track" the state court action and disregard any and all provisions of the Bankruptcy Code and Rules.

18. That the debtor is entitled to damages under section 362(k) of the Code as Mr. Fox's violations of the Stay in fact meets the standards set forth in In Re:Govero, as Mr. Fox had clear and definitive knowledge of the debtor's bankruptcy case when he filed the pleadings and discovery requests in the state court action on or about April 11,2017.

Wherefore: John E. Mufson, the attorney for the debtor respectfully requests that the court grant the following relief:

1. Find that the creditor Mitchell Fox willfully violated the Automatic Stay provisions of 11 U.S.C. 362(a) of the United States Bankruptcy Code.
2. Enter any and all appropriate sanctions against Mr. Fox including awarding the debtor attorneys fees and putative damages under 11U.S.C. 362(k) as a result of the damage suffered by the debtor as a result of the creditor's intentional actions.
3. Grant any other relief that the court deems necessary under the circumstances of this case.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set froth in Local Rule 2090-1(A).

I HEREBY CERTIFY that a copy of this Notice was electronically served upon , Margaret Smith Trustee and Office of U.S. Trustee via ECF Filing, Mitchell Fox , 1885 Sirius Lane, Weston,Fl. 33327,via first class U.S. mail, and debtor Jodee Fox, 6 Royal Palm Way, Unit 6,Boca

Raton, Fl. 33432, via first class U.S. mail on this _18_ day of April 2017.

Respectfully Submitted,

                                 JOHN E. MUFSON, ESQ.,
                                 1615 S. Congress Ave., Suite 103
                                 Delray Beach, FL 33445
                                 PH:(561) 272-1003
                                 FAX (561) 271-3134
                                 email: mufsonlaw@aol.com

                                 By: _____
                                 John E. Mufson, Esq.
                                 Fla. Bar: 369691